## State of Louisiana
## Secretary of State

CL/ST   SEP 1 2 2018

09/07/2018

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

MISSISSIPPI FARM BUREAU CASUALTY INSURANCE CO.
JIM ROWLES, VICE PRESIDENT
P. O. BOX 1972
JACKSON, MS 39215-1972

Suit No.: 673314
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

ORA WILLIAMS
vs
MISSISSIPPI FARM BUREAU, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS

Date: 09/06/2018
Title: DEPUTY SHERIFF

No: 1090927

TG

DRutz
9-12-18


EXHIBIT
A

SERVICE COPY



D526848

# CITATION

ORA WILLIAMS
(Plaintiff)

VS

MISSISSIPPI FARM BUREAU, ET AL
(Defendant)

NUMBER C-673314   SEC. 24

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY
       THROUGH ITS REGISTERED AGENT FOR SERVICE
       SECRETARY OF STATE

*SERVED ON
R. KYLE ARDOIN

SEP 06 2018

SECRETARY OF STATE
COMMERCIAL DIVISION*

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being
sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at
300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file
an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further
notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on SEPTEMBER 4,
2018.

*Hope Michelli*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: GAY, RANDALL, JR
(225) 344-7000

*The following documents are attached:
PETITION FOR DAMAGES, REQUEST FOR NOTICE, INTERROGATORIES, REQUESTS FOR PRODUCTION OF
DOCUMENTS

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served
on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:      $_____
MILEAGE      $_____
TOTAL:        $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED

CITATION-2000

SEP 05 2018

E.B.R. SHERIFF'S OFFICE
CUST **SEP 1 2 2018**

EAST BATON ROUGE PARISH
Filed Aug 30, 2018 2:42 PM
Deputy Clerk of Court

C-673314
24

ORA WILLIAMS                                             SUIT NO.:          DIVISION:

VERSUS                                                   19TH JUDICIAL DISTRICT COURT

MISSISSIPPI FARM BUREAU CASUALTY                         PARISH OF EAST BATON ROUGE
INSURANCE COMPANY, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY, AND VIOLA HUNT                                  STATE OF LOUISIANA

## PETITION FOR DAMAGES

NOW INTO COURT, comes petitioner, Ora Williams, resident of the full age of majority

and domiciled in the Parish of East Baton Rouge, State of Louisiana, through undersigned counsel,

who respectfully represents that:

1.

Made Defendant herein are:

A. MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY, upon
information and belief, an insurance company licensed to do and doing business in the
State of Louisiana, whose registered agent for service is the Louisiana Secretary of
State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

B. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, upon
information and belief, an insurance company licensed to do and doing business in the
State of Louisiana, whose registered agent for service is the Louisiana Secretary of
State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

C. VIOLA HUNT, upon information and belief, a resident of the full age of majority
whose domicile is 1085 Davis Rill Road, Roxie, Mississippi, 39661.

2.

The defendants herein are individually, jointly and *in solido* indebted unto petitioner for

such damages as are reasonable in the premises, together with legal interest thereon, from date of

judicial demand until paid, and for all costs of these proceedings, for the following non-exclusive

reasons.

1

*Hope Michell*

Certified True and
Correct Copy
CertID: 20180804000400

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/4/2018 1:21 PM

CL/ST   SEP 1 2 2018

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3.

On or about October 24, 2017, petitioner, Ora Williams, was involved in an automobile accident involving two (2) vehicles: (1) a 2016 Toyota Corolla, VIN 4T4BF1FK1GR537518, owned by McArthur Hunt, and driven by defendant, Viola Hunt; (2) a 2008 Nissan Altima, VIN 1N4AL21E98N440224, owned and driven by petitioner, Ora Williams.

4.

On or about October 24, 2017, petitioner, Ora Williams, was traveling northbound on LA 19, Zachary, Parish of East Baton Rouge, State of Louisiana in the right lane when Defendant, Viola Hunt, suddenly and without warning changed lanes and struck Ms. Williams' vehicle, thus causing the accident herein sued upon.

5.

At the time and on the occasion in question, defendant, Viola Hunt, failed to use ordinary care by various acts and omissions, including the following, each of which singularly or in combination with others, was a proximate cause of the occurrence in question:

A. In failing to be attentive;
B. In failing to maintain control of his vehicle;
C. In failing to take action to avoid the collision;
D. In failing to properly drive a vehicle without causing a collision;
E. In failing to stop in a timely manner;
F. In failing to obey the traffic rules, signs, regulations, ordinances and laws in full force and in effect at the time and place of the accident;
G. In failing to see what should have been seen; and
H. All other acts of negligence, which may be proven at the trial of this matter.

6.

Petitioner allege that, upon information and belief, defendant, Mississippi Farm Bureau Casualty Insurance Company, issued a policy of liability insurance to McArthur Hunt, which policy covers defendant, Viola Hunt, for such acts of negligence and said policy was in full force and effect on the date of the accident herein sued upon.

2



Certified True and
Correct Copy
CertID: 2018090400489

*Hope Michelli*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CLIST   **SEP 1 2 2018**

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

7.

Petitioner further allege that, at all relevant times, Ora Williams had in full force and effect a policy of liability insurance with defendant, State Farm Mutual Automobile Insurance Company, which policy provided coverage to petitioner.

8.

The aforementioned liability insurance policy specifically included uninsured/underinsured motorist coverage, which, under its terms and conditions, provides coverage for the accident that is the subject of the instant litigation.

9.

As a result of the accident herein, petitioner, Ora Williams, has sustained damages including, but not limited to, pain and suffering, mental anguish and suffering, loss of enjoyment of life, medical expenses, and any and all other damages that may be proven at the trial of this matter.

10.

Petitioner has not been fully compensated for damages sustained as a result of the accident herein sued upon.

11.

Petitioner respectfully requests that all defendants be ordered to pay all costs associated with these proceedings.

WHEREFORE, premises considered, petitioner, Ora Williams, pray that a copy of this petition be served upon the defendants in the manner prescribed by law and that, after due proceedings are had and after all legal delays, there be judgment in favor of petitioner, Ora Williams, and against defendants, Mississippi Farm Bureau Casualty Insurance Company, State Farm Mutual Automobile Insurance Company, and Viola Hunt, individually, jointly and *in solido*, for such damages as are reasonable in the premises, together with legal interest thereon, from date

3

)

*Hope Michell*

Certified True and
Correct Copy
CertID: 2018090400489

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CL/ST   SEP 1 2 2018

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:133, 133, and/or RPC Rule 3.3(a)(3).

of judicial demand until paid, and for all other and further relief to which petitioner may be entitled.

Respectfully submitted:

**CLAYTON, FRUGÉ & WARD**
3741 La. Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631

A.M. "Tony" Clayton (#21191)
Michael P. Frugé (#26287)
Richard J. Ward, III (#32267)
Michael C. Hendry (#35819)
Randall B. Gay, Jr. (#36464)
Brilliant P. Clayton (#36829)

*Attorneys for Petitioner, Ora Williams*

## PLEASE SERVE CITATION, PETITION FOR DAMAGES, INTERRAGOTORRIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR NOTICE ON:

**MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY**
Through its registered agent for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

## PLEASE SERVE CITATION, PETITION FOR DAMAGES AND REQUEST FOR NOTICE ON:

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Through its registered agents for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Long arm
**VIOLA HUNT**
1085 Davis Rill Road
Roxie, Mississippi, 39661

4

Certified True and Correct Copy
CertID: 2018090400489

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

EAST BATON ROUGE PARISH   C-673314
Filed Aug 30, 2018 2:42 PM        24
Deputy Clerk of Court

| | | |
|---|---|---|
| ORA WILLIAMS | * | SUIT NO.:              DIVISION: |
| | * | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT |
| | * | |
| | * | |
| | * | |
| MISSISSIPPI FARM BUREAU CASUALTY | * | PARISH OF EAST BATON ROUGE |
| INSURANCE COMPANY, STATE FARM | * | |
| MUTUAL AUTOMOBILE INSURANCE | * | |
| COMPANY, AND VIOLA HUNT | * | STATE OF LOUISIANA |

## REQUEST FOR NOTICE

TO:    Honorable Doug Welborn
       19th Judicial District Court Clerk
       Parish of East Baton Rouge
       300 North Boulevard
       Baton Rouge, Louisiana 70802

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, as counsel of record for Ora Williams, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, of any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully Submitted By:

CLAYTON, FRUGÉ & WARD
3741 La. Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631

A.M. "Tony" Clayton (#21191)
Michael P. Frugé (#26287)
Richard J. Ward, III (#32267)
Michael C. Hendry (#35819)
Randall "Blue" Gay, Jr. (#36464)
Brilliant Clayton (#36829)

*Attorneys for Petitioner, Ora Williams*

Certified True and
Correct Copy
CertID: 20180080400490

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CLST   SEP 1 8 2018

EAST BATON ROUGE PARISH  C-673314
Filed Aug 30, 2018 2:42 PM      24
Deputy Clerk of Court

| ORA WILLIAMS | * | SUIT NO.: | DIVISION: |
| | * | | |
| VERSUS | * | 19TH JUDICIAL DISTRICT COURT | |
| | * | | |
| | * | | |
| | * | | |
| MISSISSIPPI FARM BUREAU CASUALTY | * | PARISH OF EAST BATON ROUGE | |
| INSURANCE COMPANY, STATE FARM | * | | |
| MUTUAL AUTOMOBILE INSURANCE | * | | |
| COMPANY, AND VIOLA HUNT | * | STATE OF LOUISIANA | |

### INTERROGATORIES TO VIOLA HUNT AND MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY

Ora Williams propounds the following interrogatories to Viola Hunt and Mississippi Farm Bureau Casualty Insurance Company (sometimes collectively "defendants").

#### DEFINITIONS

1)    The phrase **"state with particularity the complete basis"** as used herein means and includes the following:

  a.   describe and state in complete detail all facts upon which you base such claims or contentions;

  b.   identify by name, address, employer and phone number all persons who have knowledge of each fact; and

  c.   identify all documents and things upon which you base or which support such claims or contentions and identify, by name, address, employer, and phone number, the custodian of each such document or thing and where such documents or things are located.

2)    The terms **"you"** and **"your"** as used herein, shall mean you and every other individual who, acting as your representative, can be required by you to furnish information, including any person acting on your behalf as your representative in the investigation and preparation of this action.

1

*Hope Michell*

Certified True and Correct Copy
CertID: 2018090400491

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CUST   SEP 1 2 2018

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3) The term **"person"** as used herein, means any natural individual, in any capacity whatsoever, or any entity or organization, including divisions, departments and any other units therein, and shall include, but not be limited to, a public or private corporation, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, state, governmental agency, commission, bureau or department.

4) The term **"document,"** as used herein, means all documents or other tangible items to the fullest extent permitted under the Louisiana Code of Civil Procedure, including without limitation, any medium upon which intelligence and/or information can be recorded or retrieved, and includes, without limitations, the original and each copy, regardless of origin or location, of any book, pamphlet, periodical, letter, memorandum (including any memorandum or report of a meeting or conversation), invoice, bill order form, receipt, financial statement, accounting entry, diary, calendar, telex, telecopy, facsimile, telegram, cable, report, contract, agreement, policy, study, handwritten note(s), draft, working paper, chart, paper, print, laboratory record, video, drawing, sketch, graph, index, list, tape, photograph, microfilm, datasheet, floppy disk, information stored in a hard drive which may be retrieved and/or on a disk regarding voice mail, E-mail messages, notations, diaries, calendars, reports, information notations, etc. or any other written, recorded, transcribed, taped, entered or other matter, however produced or reproduced, which is in your possession, custody, or control or which was, but is no longer, in your possession, custody or control.

5) The term **"identify"** or **"describe,"** when used herein in reference to:

   a. a natural individual, requires you to state his or her full name, residential and business addresses, telephone numbers, and employer;

   b. a corporation, requires you to state its full corporate name and any name under which it does business, its state of incorporation, and the address of its principal place of business;

2



Certified True and
Correct Copy
CertID: 2018090400401

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CL/ST  SEP 1 2 2018

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

      c.    a business, requires you to state the full name or style under which the business is conducted, its business address or addresses, telephone number, the type of business in which it is engaged, the geographic areas in which it conducts those businesses, and the identity of the person or persons who own, operate and control the business; and

      d.    a document or thing, requires you to state the nature of the document (e.g. letter or memorandum) or thing, its title, subject, date, the name or names of its authors and recipients, and its present location and custodian.

## INSTRUCTIONS FOR ANSWERING INTERROGATORIES

    A.    If the defendants are unable to provide a complete answer or response, state why a response or answer cannot be provided, what information or documents would be required to provide a complete answer or response, and identify which person, if any, has the required information or documents, or the circumstances surrounding the destruction of such documents or information.

    B.    If the attorney-client privilege, "work-product" limited immunity, or other privilege is claimed as to any communication or document, state the date of such document or communication; identify the person(s) who authorized, prepared, or participated in preparing such document or communication and identify the person(s) to whom it was directed, sent, or circulated; identify the person(s) now in possession of such document or who knows the contents of such communication, and state the general subject matter of the document or communication, and the basis for the claim of privilege as to each said document or communication.

    C.    These request for production of documents are continuing in nature and if information, communications, or documents are discovered or come to the attention of Defendant(s) after the interrogatories are answered that would require the answers to be supplemented, demand is hereby made that said response be supplemented, and furnished immediately to Ora Williams.

3

Certified True and
Correct Copy
CertID: 2016090400491

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CLAST  SEP 1 & 2018

Alteration and replacement of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

### INTERROGATORY NO. 1:

Please identify the name and title of each and every person answering these interrogatories.

### INTERROGATORY NO. 2:

State the last known name and address of the following persons:

a)     All persons that these defendants believe or have been informed witnessed the accident herein sued upon in which Ora Williams was injured.

b)     All persons who these defendants believe or have been informed may have knowledge of any facts relevant to any aspect of this litigation.

### INTERROGATORY NO. 3:

Please describe to the best of your knowledge how the accident sued upon herein occurred, including the posted speed limit and the direction and estimated speed in which each vehicle was traveling just prior to impact.

### INTERROGATORY NO. 4:

Please state where you were coming from, where you were going and the purpose of the trip at the time of the accident, giving in your answer the place where you last entered the vehicle and the place where you next intended to disembark.

### INTERROGATORY NO. 5:

If you allege that the accident made the basis of this lawsuit was caused or created in whole or in part through any act(s) of negligence of the plaintiff, please provide a description of all acts of negligence which you contend Ora Williams committed, and the facts and details upon which you rely in making these allegations.

### INTERROGATORY NO. 6:

Please state whether there were any traffic controls (signs, signals, lights or other devices), located at or near the scene of the collision, please describe such control(s) and indicate how they governed your driving, as well as the driving of the Ora Williams.

4



Certified True and
Correct Copy
CertID: 2018000400491

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CL/ST    SEP 1 2 2018

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133. and/or RPC Rule 3.3(a)(3).

**INTERROGATORY NO. 7:**

If you allege that the accident made the basis of this lawsuit was caused or created in whole or in part through the negligence of any other person, party and/or entity, please provide a description of the acts of negligence which you contend any other person, party and/or entity, committed, and the facts and details upon which you rely in making these allegations.

**INTERROGATORY NO. 8:**

If you allege an affirmative defense(s) in your answer to this lawsuit, please provide a general description of each affirmative defense and the facts and details upon which you rely in making each one of these defenses.

**INTERROGATORY NO. 9:**

Please identify any and all insurance policies, including primary, excess and/or umbrella, that the defendants have which may be available to satisfy a settlement or judgment of this claim, specifying the insurer, the insured, and the policy limits for each policy identified.

**INTERROGATORY NO. 10:**

Please list to the best of your knowledge any and all criminal matters, including but not limited to arrests, pleas, convictions, indictments, etc., that involve Viola Hunt.

**INTERROGATORY NO. 11:**

Please list to the best of your knowledge any and all prior injuries, diseases, and/or illnesses suffered by Viola Hunt prior to the accident herein sued upon.

**INTERROGATORY NO. 12:**

Please state the name of carrier(s) providing cell/portable phone or other communication service to defendants for the benefit/use of Viola Hunt on October 24, 2017, including but not limited to the account numbers and telephone numbers issued on each account.

Certified True and
Correct Copy
CertID: 2018090400491

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CL/ST    SEP 1 2 2018

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**INTERROGATORY NO. 13:**

Please list any and all medications Viola Hunt has taken over the last (5) five years including prescriptive and over the counter medicines taken on or about October 24, 2017.

**INTERROGATORY NO. 14:**

Please indicate the dosage and frequency of each medication listed in Interrogatory No. 13.

**INTERROGATORY NO. 15:**

Please state the last time any medications were taken by Viola Hunt prior to this accident of October 24, 2017.

**INTERROGATORY NO. 16:**

Please state the name and location of each/every pharmacy used by Viola Hunt over the last (5) five years.

**INTERROGATORY NO. 17:**

Please indicate any and all alcohol consumed by Viola Hunt on October 24, 2017 AND October 23, 2017, including the type of alcoholic beverage(s) consumed, the amount consumed, and the times consumed.

**INTERROGATORY NO. 18:**

Please state whether you had any conversation with the plaintiff or anyone after the accident and, if so, please give the substance of any such conversation. If you in any way admitted fault to anyone after the accident, please state to whom as well as the manner in which you did so.

**INTERROGATORY NO. 19:**

Were you working at the time of the accident and/or going to or returning from work at the time of the accident?' If so, please identify your employer and your job position, including herein a job description, regular work hours, and hours worked on October 24, 2017.

6

Certified True and
Correct Copy
CertID: 20180050400491

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CLIST  SEP 1 2 2018

Alteration and subsequent redden of this certified copy may violate La. R.S  14: 132, 133, and/or RPC (Rule 3.3(a)(3).

**INTERROGATORY NO. 20:**

Please give the name, address, and phone number for all witnesses, including any expert witnesses, that you plan to use at any hearing or at the trial of this matter and a brief description of their proposed testimony.

**INTERROGATORY NO. 21:**

Please list all exhibits and/or documentary evidence that you plan on introducing at any hearing or at the trial of this matter.

Respectfully Submitted By:

**CLAYTON, FRUGÉ & WARD**
3741 La. Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631

A.M. "Tony" Clayton (#21191)
Michael P. Frugé (#26287)
Richard J. Ward, III (#32267)
Michael C. Hendry (#35819)
Randall "Blue" Gay, Jr. (#36464)
Brilliant Clayton (#36829)

*Attorneys for Petitioner, Ora Williams*

7

Certified True and
Correct Copy
CertID: 20180804000491

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CLAY   SEP 1 2 2018

Alteration and subsequent revision of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH    C-673314
Filed Aug 30, 2018 2:42 PM    24
· Deputy Clerk of Court

ORA WILLIAMS                                      *       SUIT NO.:              DIVISION:
                                                  *
VERSUS                                            *       19TH JUDICIAL DISTRICT COURT
                                                  *
                                                  *
                                                  *
MISSISSIPPI FARM BUREAU CASUALTY                  *       PARISH OF EAST BATON ROUGE
INSURANCE COMPANY, STATE FARM                     *
MUTUAL AUTOMOBILE INSURANCE                       *
COMPANY, AND VIOLA HUNT                           *       STATE OF LOUISIANA

### REQUESTS FOR PRODUCTION OF DOCUMENTS TO VIOLA HUNT AND MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY

Ora Williams propound the following requests for production of documents to Viola Hunt and Mississippi Farm Bureau Casualty Insurance Company (sometimes collectively "defendants").

#### DEFINITIONS

1.      The term **"document"** as used herein, means all documents or other tangible items to the fullest extent permitted under the Louisiana Code of Civil Procedure, including without limitation, any medium upon which intelligence and/or information can be recorded or retrieved, and includes, without limitation, the original and each copy, regardless of origin or location, of any book, pamphlet, periodical, letter, memorandum (including any memorandum or report of a meeting or conversation), invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, telecopy, facsimile, telegram, cable, report, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, video, drawing, sketch, graph, index, list tape, photograph, microfilm, datasheet, floppy disk, information stored in a hard drive, and/or on a disk regarding voice mail, E-mail messages, notations, diaries, calendars, reports, information notations, etc. or any other written, recorded, transcribed, taped, entered or other matter, however produced or reproduced, which is in your possession, custody, or control or which was, but is no longer, in your possession, custody or control.

1



Certified True and
Correct Copy
CertID: 20180080400492

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/4/2018 1:21 PM
CUST    SEP 1 2 2018

## INSTRUCTIONS FOR RESPONDING TO REQUEST FOR PRODUCTION

A.    Duplicates. Multiple copies of documents which are identical duplicates of each other need not be produced again, except that duplicates must be produced if handwritten or any other type of notes or similar intelligence appears thereon or are attached thereto.

B.    Manner of Production. In producing the documents requested herein, you are requested to indicate the specific request and response to which each document or group of documents is being produced. You are further requested to indicate the location and caption of the file from which each document was obtained. All documents are to be produced, by file, in the order in which they are found in that file.

C.    Withheld Documents. Should you fail to produce any document called for by this request, for each such document:

        a)    state the asserted grounds upon which the document is being withheld;

        b)    identify the author of each such document and all other persons who assisted in the preparation of each such document;

        c)    identify each addressee or recipient of the original and any copies of each such document;

        d)    identify each and every person from whom the document was received;

        e)    state the date each such document was created and/or transmitted;

        f)    identify the present custodian and location of each such document and all copies thereof;

        g)    describe the subject matter of each such document; and

        h)    if the basis for any such refusal relates only to a passage or portion of a particular document, excise the portion (indicating the excision) and produce the remainder.

D.    Destroyed Documents. If any responsive document (as defined above) was in your possession, custody or control but has been disposed of, lost, discarded or destroyed, identify each

2

Certified True and
Correct Copy
CertID: 2018090400492

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CUST   SEP 1 8 2018

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(b)(3).

such document, specifying its author, addressee, date, subject matter and all persons to whom copies were furnished, describing the contents of the document, stating when the document was in your possession, custody or control, the date or approximate time of disposition and the reason for the loss, destruction, or discarding.

E.    Pursuant to the Louisiana Code of Civil Procedure, Ora Williams request that the defendant(s) produce and permit it to inspect and copy the documents described herein below at the offices of Clayton, Frugé & Ward, 3741 La. Highway 1 South, Port Allen, Louisiana 70767 within thirty (30) days after service of this request, or at such time and place or in such manner that the parties may agree.

## REQUEST FOR PRODUCTION NO. 1:

Please produce true, complete and certified copies of all policies of liability insurance, primary, excess and/or umbrella, which were or may have been in effect at the time of the accident made the basis of this lawsuit and/or which were or may be available to satisfy a judgment or settlement in this case.

## REQUEST FOR PRODUCTION NO. 2:

Please produce true and complete copies of any and all accident reports, investigative reports, and/or incident reports of the accident made the basis of this lawsuit.

## REQUEST FOR PRODUCTION NO. 3:

Please produce true and complete copies of any and all statements made by the defendants concerning the subject matter of this suit, including any written statements, tape recordings and/or transcripts thereof signed or otherwise.

## REQUEST FOR PRODUCTION NO. 4:

Please produce true and complete copies of any and all statements made by any person concerning the subject matter of this suit, including any written statements, tape recordings and/or transcripts signed or otherwise.

3

Certified True and
Correct Copy
CertID: 2018090400492

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

Attention and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

CLAT    SEP 1 2 2018

**REQUEST FOR PRODUCTION NO. 5:**

Please produce any and all other letters, correspondence, documents, memoranda, records or reports to or from any experts who may or will testify at trial of this matter.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce true and correct copies of any and all surveillance material, including but not limited to, investigative reports, color photographs, and/or videotape taken of Ora Williams prior to the trial of this case.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce any and all exhibits which you intend to introduce at any hearing or at the trial of this case, including, but not limited to, all demonstrative exhibits, charts, documents and/or photographic enlargements.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce any and all medical reports and/or records in your possession concerning Ora Williams.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce detailed records for any and all cell/portable phones or communication devices issued to or operated by Viola Hunt on October 24, 2017.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce any and all documentation that defendants contend will support any affirmative defenses raised in their answer.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce a copy of any and all pictures showing the property damages to either vehicle involved in this accident.

4

*Hope Michell*

Certified True and
Correct Copy
CertID: 20180090400492

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

SEP 1 8 2018

**REQUEST FOR PRODUCTION NO. 12:**

Please produce a copy of all medical records of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce a copy of all depositions of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce a copy of all criminal records of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce a copy of all employment records of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce a copy of all social security records of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce a copy of all unemployment benefit records of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce a copy of all military records of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce a copy of all recorded statements of Ora Williams, obtained by defendants, from any source.

Certified True and
Correct Copy
CertID: 20180000400492

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CL/ST   SEP 1 2 2018

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.5(a)(3).

**REQUEST FOR PRODUCTION NO. 20:**

Please produce a copy of all trial transcripts of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce a copy of all lawsuit records of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce a copy of all insurance company records of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 23:**

Please produce a copy of all photographs of Ora Williams, obtained by defendants, from any source.

**REQUEST FOR PRODUCTION NO. 24:**

Please produce a copy of all documents obtained by the defendants through any subpoena or document request issued in this case to any entity.

**REQUEST FOR PRODUCTION NO. 25:**

Please produce a copy of all information of Ora Williams obtained from any social media, including, but not limited to, Facebook, Myspace, Twitter, Instagram and/or the Vine.

**REQUEST FOR PRODUCTION NO. 26:**

Please produce a true and complete copy of Viola Hunt's driver's license.

**REQUEST FOR PRODUCTION NO. 27:**

Please produce a copy of any payment made by Mississippi Farm Bureau Casualty Insurance Company to anyone arising out of this accident, including any of Ora Williams's medical providers.

6

Certified True and
Correct Copy
CertID: 2016060400492

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

CL/ST    SEP 1 2 2018

Alteration and subsequent redition of this certified copy may violate La. R.S. 14:132, 133. and/or RPC Rule 3.3(a)(3).

Respectfully Submitted By:

**CLAYTON, FRUGÉ & WARD**
3741 La. Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631

_____
A.M. "Tony" Clayton (#21191)
Michael P. Frugé (#26287)
Richard J. Ward, III (#32267)
Michael C. Hendry (#35819)
Randall "Blue" Gay, Jr. (#36464)
Brilliant Clayton (#36829)

*Attorneys for Petitioner, Ora Williams*

7

Certified True and
Correct Copy
CertID: 2018090400402

*Hope Michell*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/4/2018 1:21 PM

E.LIST   SEP 1 3 2018



R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

CERTIFIED MAIL

7017 2620 0000 8462 7925

FIRST CLASS

US POSTAGE>>PITNEY BOWES

$ 007.2(

CUST   SEP 1 2 2018

SS151 A