UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ORA WILLIAMS

CIVIL ACTION

VERSUS

18-876-SDD-EWD

MISSISSIPPI FARM BUREAU
CASUALTY INSURANCE COMPANY, ET AL.

RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 20, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is hereby GRANTED in part, remanding this action to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction under 28 U.S.C. § 1332. To the extent Plaintiff's *Motion* requests an award of costs and attorney's fees, such relief is hereby DENIED.

Signed in Baton Rouge, Louisiana the 4 day of September, 2019.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 15.
[2] Rec. Doc. 17.
[3] Rec. Doc. 15.